IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                          Criminal No. 5:12CR50024-001

DOUGLAS BRYANT,
        Defendant.

## FINAL ORDER OF FORFEITURE

On May 4, 2012, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 6). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States:

> $107,674.96 in United States Currency, seized from Account Number 40878, First National Bank of Green Forrest, Arkansas on December 17, 2010,
>
> One 2004 Ford F-350 Crew 4X4 XL VIN# 1FDWW37PO4EB05543,
>
> One 2002 Ford F-350 Crew 4X4 XL VIN# 1FTWW33F22EA73449,
>
> One 2002 Ford F-350 Crew 4X4 XL VIN# 1FTWW33FX2ED29806,
>
> One 2001 Ford F-350 Crew 4X4 XL VIN# 1FTWW33FOIEB04583,
>
> One 2009 Load Max 25' Utility Trailer VIN# 1C9WU2521956780S1,
>
> One 2009 Load Max 25' Utility Trailer VIN# 5L8GH252091016596,
>
> One 2005 Load Max 25' Utility Trailer VIN# 5RVGF25225M000946,
>
> One 2005 Load Max 25' Utility Trailer VIN# 13YFS2529CO94426,
>
> One 2004 Moffett Poultry Loader VIN# 0349,
>
> One 2003 Moffett Poultry Loader VIN# C34013,

One 2002 Moffett Poultry Loader VIN# B25013, and

One 1999 Moffett Poultry Loader VIN# 9042.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On July 16, 2012, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on May 4, 2012, shall become final at this time.

IT IS SO ORDERED this 23rd day of August, 2012.

_____
HONORABLE ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 2 3 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk